IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLLINS RAY RUSSELL,<br><br>Defendant. | CR 09-68-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Wednesday, September 16, 2020 at 2:30 p.m., is **VACATED** and reset to commence on **Thursday, September 17, 2020 at 9:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 3rd day of September, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE